# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SHERMAN B. RONES,
  Plaintiff,

 v.              Case No. 19-C-0246

Bryan Burkhead, et al.
  Defendants.

## ORDER

Plaintiff Sherman B. Rones, a Wisconsin state prisoner who is representing himself, filed a civil rights complaint under 42 U.S.C. § 1983 alleging that defendants violated his constitutional rights. I screened his complaint on June 27, 2019, and I found that he brought claims concerning two separate, distinct, and unrelated events in violation of Federal Rules of Civil Procedure 18 and 20 and *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007). I allowed plaintiff to proceed on the failure to protect claim that arose out of a fight with an inmate that occurred in May 2018, and I dismissed his deliberate indifference to medical needs claim against Dr. Christopher J. Rauch concerning dental work that occurred in February 2018.

On August 28, 2019, plaintiff filed a motion for reconsideration asking me to reinstate his claims against Dr. Rauch. I cannot do so. A plaintiff may bring multiple claims against a single party or claims against multiple defendants that arise out of the same chain of events. *See* Fed. R. Civ. P. 18(a), 20(a)(2); *George*, 507 F.3d at 607. But here, the dental work from February 2018 has nothing to do with the fight with another inmate that occurred in May 2018. As such, the claims cannot be a part of the same case. If

plaintiff wants to proceed on a claim against Dr. Rauch, he will have to file a separate lawsuit.

For the reasons stated, **IT IS ORDERED** that plaintiff's motion for reconsideration (Docket No. 24) is **DENIED.**

Dated in Milwaukee, Wisconsin this 29th day of October, 2019.

s/Lynn Adelman_____
Lynn Adelman
United States District Judge